**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICK CHRISTIAN,

        Plaintiff,

        v.

SAFEWAY,

        Defendant.

Civil Action No. 20-2954 (JMC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Safeway, Inc.'s Motion to Dismiss, ECF 8, is **GRANTED**; and it is

**FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final

appealable Order. The Clerk of Court shall terminate this case.

        **SO ORDERED.**

        DATE: February 24, 2022

_____
Jia M. Cobb
U.S. District Court Judge